IN THE UNITED STATES DISTRICT COURT FOR THE
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) DOCKET NO.: 3:12-mj-265-DCK |
|---|---|
| | ) |
| v. | ) **ORDER TO DISMISS THE COMPLAINT** |
| | ) |
| BERNARD JOHNSON | ) |
| | ) |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Motion To Dismiss Case" (Document No. 4) filed October 12, 2017. Having carefully considered the motion, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Motion To Dismiss Case" (Document No. 4) is **GRANTED**.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, the U.S. Marshals Service, Defense Counsel, and the United States Attorney's Office.

**SO ORDERED.**

Signed: October 16, 2017

David C. Keesler
United States Magistrate Judge